UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DCL TECHNOLOGY, INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.  1:21-cv-00828-AWI-BAM<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE DISPOSITIONAL PLEADINGS**<br><br>(Doc. 27) |

On July 25, 2022, Plaintiff DCL Technology, Inc. filed the instant administrative motion for an extension of time to file appropriate papers to dismiss or conclude this action.  (Doc. 27.) Plaintiff requests an extension to allow Defendant Ford Motor Company to pay the Attorneys' Fees and Costs as awarded by the Court on July 5, 2022, prior to submitting dispositional documents.  (*Id.*)  Following issuance of the Court's order, Plaintiff reportedly contacted defense counsel regarding payment of the fee award on multiple occasions.  On July 22, 202, Plaintiff received a response indicating that a check request had been submitted to Defendant, but no check had been received.  (Doc. 27-1, McNeile Decl. at ¶ 8.)  In addition to requesting an extension of time to file dispositional documents, Plaintiff also requests that the Court order Defendant to deliver payment of the fee award to Plaintiff's counsel within ten (10) days.  (Doc.

1

27 at 3.)  The Court finds a response to the administrative motion unnecessary.  E.D. Cal. L.R. 233.

Having considered the request, and good cause appearing, Plaintiff's administrative motion for an extension of time to file dispositional pleadings is GRANTED.  The parties shall file appropriate papers to dismiss or conclude this action in its entirety no later than **August 26, 2022**.

IT IS FURTHER ORDERED that Defendant Ford Motor Company shall deliver payment of the July 5, 2022 fee award within ten (10) calendar days of the date of this Order.  Any request for modification of this deadline must be supported by good cause.

IT IS SO ORDERED.

Dated:   **July 26, 2022**            /s/ Barbara A. McAuliffe         _
                                    UNITED STATES MAGISTRATE JUDGE

2